IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LAZARO HELIBERTO GALINDO,**

    *Plaintiff,*

v.                              Case No.: 4:24cv58-MW/MJF

**GORMAN,**

    *Defendant.*

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 10, and has also reviewed *de novo* Plaintiff's *pro se* filing, titled "amended complaint," which this Court construes as Plaintiff's objections, ECF No. 11. Accordingly,

    **IT IS ORDERED**:

The report and recommendation, ECF No. 10, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice**, pursuant to 8 U.S.C.§ 1915A(b)(1), for maliciousness and abuse of the judicial process." The Clerk shall close the file.

    **SO ORDERED on June 24, 2024.**

                                                 s/Mark E. Walker        
                                               **Chief United States District Judge**